454 A.2d 154

Commonwealth v. Long, Appellant.

 Submitted January 14, 1981. Richard A. Peterson, for appel-

lant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., SPAETH and MONTGOMERY, JJ.

The judgment of sentence of the lower court is affirmed.